# UNITED STATES DISTRICT COURT
## Southern District of Texas
## Houston Division

| | | |
|---|---|---|
| RACHAEL STEGALL | § | |
| | § | CASE NUMBER: 4:09-cv-00873 |
| | § | |
| V. | § | |
| | § | |
| | § | **DEMAND FOR JURY TRIAL** |
| ALLIED INTERSTATE, INC. | § | |

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Rachael Stegall, hereby files this, her Motion to Dismiss With Prejudice in connection with the above entitled and numbered cause and respectfully moves this Court for an Order of Dismissal With Prejudice and would show this Court as follows:

The parties have reached a settlement and no longer desire to continue with litigation and therefore respectfully request that this matter be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Court enter an Order of Dismissal in this cause of action, with prejudice as to the re-filing of claims.

Respectfully submitted,

/s/ Daniel J. Ciment
_____
Daniel J. Ciment
Texas Bar No. 24042581
800 W. Sam Houston Parkway N.
Building 12, 3rd Floor
Houston, TX 77024
713-270-4833 – phone
713-583-9296 – fax
Daniel@HestonLawFirm.com