# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RACHAEL STEGALL | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION H-09-0873 |
| | § | |
| ALLIED INTERSTATE, INC., | § | |
| *Defendant.* | § | |

## DISMISSAL ORDER

Plaintiff's motion to dismiss based on the parties' settlement agreement (Dkt. 13) is granted.  It is hereby

ORDERED that all of plaintiff Rachael Stegall's claims against defendant Allied Interstate, Inc. are dismissed with prejudice.

Signed at Houston, Texas on March 9, 2010.


Stephen Wm Smith
United States Magistrate Judge